**FILED**
CLERK, U.S. DISTRICT COURT
4/5/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RAM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARLENE MICHELLE HEMME,<br><br>    Defendant. | ED CR No. 23-00064-DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1709: Theft of Mail Matter by a Postal Service Employee; 18 U.S.C. § 2073: False Entries in Accounts and Records by Federal Employee] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1709]

On or about April 23, 2018, in Riverside County, within the Central District of California, defendant DARLENE MICHELLE HEMME, an employee of the United States Postal Service, stole, abstracted, and removed an article from the mail, namely, a Target gift card, contained in mail sent to an address in Perris, California, which had come into her possession intended to be conveyed by the United States mail.

COUNT TWO

[18 U.S.C. § 2073]

On or about April 23, 2018, in Riverside County, within the Central District of California, defendant DARLENE MICHELLE HEMME, being an employee of the United States Postal Service ("USPS") charged with the duty of keeping accounts and records, knowingly and with intent to deceive, mislead, injure, and defraud, made in such accounts and records a false and fictitious entry and record of a matter related to and connected with her duties, in that defendant HEMME did not accurately report a $10 sales transaction of stamps in the USPS computer system.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

TRITIA L. YUEN
Assistant United States Attorney
Riverside Branch Office